## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| NATIONS EQUIPMENT FINANCE, LLC and NATIONS FUND I, LLC, | § § § | |
| Plaintiffs, | § § | |
| v. | § § | Civil Action No. 17-cv-2316 |
| KOSTA LEONTARITIS, SOPHIA PETTAS LEONTARITIS, LILIANA LANDA, ASPHWAX, INC., KOSTA OIL FIELD TECHNOLOGIES, INC. d/b/a KOSTA TECH, and ZANTE ENTERPRISES, INC., | § § § § § § § § | JURY |
| Defendants. | § | |

## MOTION TO DISMISS WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(2), Plaintiffs Nations Equipment Finance, LLC and Nations Fund I, LLC ("Plaintiffs") file this Motion to Dismiss with Prejudice requesting the Court dismiss with prejudice all claims and causes of action against Defendants Kosta Leontaritis, Sophia Pettas Leontaritis, Asphwax, Inc., Kosta Oil Field Technologies, Inc. d/b/a Kosta Tech, Zante Enterprises, Inc. and Lilliana Landa ("Defendants") in the above-captioned lawsuit.

## BACKGROUND

1. Plaintiffs filed this lawsuit on July 28, 2017, and Defendants answered on October 10, 2017.

2. No defendant has pleaded a counterclaim.

3. The parties have resolved this dispute and now wish to dismiss with prejudice all claims and causes of action asserted, or that could have been asserted, in this lawsuit.

4839-0578-9884.2

## **REQUEST FOR DISMISSAL WITH PREJUDICE**

4.      Plaintiffs request the Court dismiss with prejudice all claims and causes of action asserted or that could have been asserted in the above-captioned cause, with each party to bear its own attorneys' fees and costs.

Respectfully submitted,

By: */s/ Afton Sands*
    Afton Sands
    State Bar No. 24060555
    Southern District of Texas No. 941545
    ASands@browndean.com
    BROWN, DEAN, PROCTOR & HOWELL, L.L.P.
    3800 N. LAMAR BLVD., SUITE 200
    AUSTIN, TEXAS 78756
    (512) 599-8506 (TELEPHONE)
    (817) 870-2427 (FACSIMILE)

AND

By: */s/ Timothy P. Ribelin*
    State Bar No. 24091055
    Southern District of Texas No. 3170931
    Tim.Ribelin@huschblackwell.com
    Husch Blackwell LLP
    111 Congress Avenue, Suite 1400
    Austin, Texas 78701-4093
    (512) 479-1153 (Telephone)
    (512) 479-1101 (Facsimile)

**ATTORNEYS FOR PLAINTIFFS
NATIONS EQUIPMENT FINANCE, LLC
AND NATIONS FUND I, LLC**

## **CERTIFICATE OF SERVICE**

      I certify that a copy of the foregoing pleading was filed using the Court's CM/ECF system. All counsel will be notified via the Court's system.

                                          */s/ Afton Sands*
                                          Afton Sands

4839-0578-9884.2